| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B. | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Villonava Law School | March 25-28, 2011 | Villanova, PA | Judge final round of the moot court competition | Transportation, lodging and meals |
| 2. | The Witherspoon Institute | August 7 - 9, 2011 | Princeton, NJ | Deliver a speech at the Moral Foundations of Law Seminar | Transportation, lodging and some meals |
| 3. | Foundation for Research on Economics and the Environment | August 28 - September 1 | Big Sky, MT | Attend program | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | | None | | | | | | | * SEE VIII |
| 4. Colonial Bank | | None | J | T | | | | | |
| 5. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 6. Pepsico CAP Res Inc. 4/1/2011 | | None | | | Redeemed | 04/01/11 | J | | |
| 7. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 8. Guggenheim China Tech (CQQQ) | A | Dividend | K | T | | | | | |
| 9. iShares MSCI BRIC Index Fund (BKF) | A | Dividend | | | Buy (add'l) | 05/10/11 | K | | |
| 10. | | | | | Sold (part) | 08/03/11 | L | | |
| 11. | | | | | Buy (add'l) | 08/30/11 | K | | |
| 12. | | | | | Sold | 09/22/11 | K | | |
| 13. PowerShares DB Commodity Index (DBC) | | None | | | Buy | 02/08/11 | K | | |
| 14. | | | | | Sold | 08/08/11 | K | | |
| 15. | | | | | Buy | 08/30/11 | K | | |
| 16. | | | | | Sold | 10/03/11 | K | | |
| 17. ProShares Ultra Oil & Gas (DIG) | A | Dividend | | | Buy | 02/08/11 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 05/05/11 | K | A | |
| 19. iShares MSCI Chile (ECH) | | None | | | Sold | 01/07/11 | K | | |
| 20. iShares MSCI Brazil (EWZ) | | None | | | Sold | 01/07/11 | K | | |
| 21. iShares FTSE/Xinhua China 25 Index (FXI) | B | Dividend | | | Buy (add'l) | 05/10/11 | K | | |
| 22. | | | | | Sold (part) | 06/23/11 | L | | |
| 23. | | | | | Buy (add'l) | 08/30/11 | K | | |
| 24. | | | | | Sold | 09/22/11 | K | | |
| 25. Market Vectors Gold Miners ETF (GDX) | A | Dividend | K | T | Buy | 04/11/11 | K | | |
| 26. | | | | | Sold (part) | 05/13/11 | K | | |
| 27. | | | | | Buy (add'l) | 07/20/11 | K | | |
| 28. | | | | | Sold (part) | 09/23/11 | K | | |
| 29. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 30. Market Vectors Junior Gold Miners (GDXJ) | B | Dividend | K | T | Buy | 04/11/11 | K | | |
| 31. | | | | | Sold (part) | 05/05/11 | K | | |
| 32. | | | | | Buy (add'l) | 07/20/11 | K | | |
| 33. | | | | | Sold (part) | 08/04/11 | K | | |
| 34. | | | | | Buy (add'l) | 08/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/23/11 | K | | |
| 36. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 37. Mkt Vectors RVE Hard Assets Producers (HAP) | | None | | | Buy | 02/08/11 | K | | |
| 38. | | | | | Sold | 06/16/11 | K | | |
| 39. | | | | | Buy | 08/30/11 | K | | |
| 40. | | | | | Sold | 09/22/11 | K | | |
| 41. iShares Oil Eqpt & Svc (IEZ) | A | Dividend | | | Buy | 02/08/11 | L | | |
| 42. | | | | | Sold | 05/12/11 | L | | |
| 43. iShares Global Infrastructure (IGF) | A | Dividend | | | Sold | 10/12/11 | K | A | |
| 44. iShares Tr S&P Global Energy Sector Index Fund (IXC) | B | Dividend | M | T | | | | | |
| 45. Kayne Anderson MLP Investment Co (KYN) | | None | K | T | Buy | 10/27/11 | K | | |
| 46. Powershares India ETF (PIN) | | None | | | Sold | 02/03/11 | K | | |
| 47. | | | | | Buy | 05/10/11 | L | | |
| 48. | | | | | Sold | 08/05/11 | K | | |
| 49. Rydex Inverse Govt Long Bd (RYJUX) | | None | | | Sold | 09/08/11 | L | | |
| 50. SPDR Gold Trust (GLD) | | None | | | Buy | 04/11/11 | L | | |
| 51. | | | | | Buy (add'l) | 07/20/11 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/23/11 | M | D | |
| 53.  ProShares Short 20 + Year Treasury (TBF) | | None | | | Buy | 06/29/11 | L | | |
| 54. | | | | | Sold | 09/08/11 | L | | |
| 55.  Vanguard Consumer Staples (VDC) | | None | | | Sold | 03/03/11 | L | D | |
| 56.  Vanguard Energy (VDE) | A | Dividend | K | T | Sold (part) | 08/04/11 | L | D | |
| 57. | | | | | Buy | 08/30/11 | K | | |
| 58. | | | | | Sold (part) | 09/22/11 | K | | |
| 59. | | | | | Buy | 10/27/11 | K | | |
| 60.  Vanguard Healthcare (VHT) | | None | | | Sold | 10/12/11 | K | B | |
| 61.  Vanguard Industrials (VIS) | | None | | | Sold | 10/12/11 | K | C | |
| 62.  Vanguard Info Technology (VGT) | A | Dividend | K | T | | | | | |
| 63.  Vanguard Intl Eqty Index FTSE All World (VEU) | B | Dividend | L | T | | | | | |
| 64.  Vanguard Large Cap (VV) | A | Dividend | K | T | | | | | |
| 65.  Vanguard Materials (VAW) | | None | | | Sold | 05/10/11 | K | D | |
| 66.  Vanguard Midcap (VO) | A | Dividend | K | T | | | | | |
| 67.  Vanguard Small Cap (VB) | A | Dividend | L | T | | | | | |
| 68.  Vanguard Telecommunications Svcs (VOX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard High Yield Corp Admiral (VWEAX) | D | Dividend | L | T | Buy (add'l) | 09/23/11 | M | | |
| 70. | | | | | Sold (part) | 10/12/11 | M | C | |
| 71. Vanguard High Yield Corp Investor (VWEHX) | | None | . | | | | | | ** SEE VIII |
| 72. Vanguard ST Investment Grade Admiral (VFSUX) | D | Dividend | O | T | Buy (add'l) | 02/09/11 | M | | |
| 73. | | | | | Sold (part) | 08/30/11 | K | | |
| 74. | | | | | Sold (part) | 09/23/11 | N | | |
| 75. | | | | | Buy (add'l) | 10/12/11 | O | | |
| 76. | | | | | Buy (add'l) | 10/27/11 | M | | |
| 77. Vanguard ST Investment Grade Investor (VFSTX) | A | Dividend | L | T | Buy | 10/27/11 | L | | |
| 78. Vanguard Intermediate-Term Investment Grade (VFICX) | A | Dividend | | | Buy | 09/23/11 | M | | |
| 79. | | | | | Sold | 10/27/11 | M | | |
| 80. Vanguard Long-Term Investment Grade (VWETX) | A | Dividend | | | Buy | 09/23/11 | M | | |
| 81. | | | | | Sold | 10/12/11 | M | | |
| 82. US Treasury Bill, 03/03/2011 CUSIP | | None | | | Redeemed | 03/03/11 | N | | |
| 83. US Treasury Bill, 06/02/2011 CUSIP | | None | | | Buy | 03/03/11 | N | | |
| 84. | | | | | Redeemed | 06/02/11 | N | | |
| 85. US Treasury Bill, 09/29/2011 CUSIP | | None | | | Buy | 06/03/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 07/29/11 | N | | |
| 87. US Treasury Bill, 11/10/2011 CUSIP | | None | | | Buy | 08/04/11 | O | | |
| 88. | | | | | Redeemed | 11/10/11 | O | | |
| 89. US Treasury Bill, 05/17/2012 CUSIP | | None | O | T | Buy | 11/10/11 | O | | |
| 90. US I-Savings Bonds | B | Interest | K | T | | | | | |
| 91. Bank of America c/o Computershare | A | Dividend | J | T | | | | | |
| 92. Schwab Govt Money Fund (SWGXX) | A | Dividend | | | Merged (with line 93) | 06/07/11 | L | | |
| 93. Schwab US Treasury Money Fund (SWUXX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* VII. INVESTMENTS AND TRUSTS - Line 3 -- Blackrock Income Opportunity in 2010 belonged to dependent 2011 no longer an eligible dependent.

\*\* VII. INVESTMENTS AND TRUSTS - Line 71 -- Vanguard High Yield Corp Investor (VWEHX) in 2010 belonged to dependent 2011 no longer an eligible dependent.

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 05/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ EDITH B. CLEMENT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544